UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARQUISE TRAVON DEDMON, and<br>DONALD FREDRICK KELLY, and<br>MICHAEL BRYAN HACKNEY,<br><br>    Defendants. | Case No. CR 07-00404<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy;<br>18 U.S.C. §§ 2113(a),(d): Armed<br>Bank Robbery; 18 U.S.C.<br>§ 924(c): Use or Carrying of<br>Firearm During Crime of<br>Violence] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

A.  OBJECT OF THE CONSPIRACY

Beginning on or before October 26, 2006, and continuing to on or about March 28, 2007, in Los Angeles County and elsewhere, within the Central District of California, defendants MARQUISE TRAVON DEDMON, DONALD FREDRICK KELLY, MICHAEL BRYAN HACKNEY, and others known and unknown to the Grand Jury, knowingly and intentionally conspired and agreed with each other to commit bank

AAC:aac 

1  robbery, in violation of Title 18, United States Code, Section
2  2113(a).
3  B.   **MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE**
4       **ACCOMPLISHED**
5       The object of the conspiracy was to be accomplished, in
6  substance, as follows:
7       1.   Defendants DEDMON, KELLY, and HACKNEY's co-conspirators
8  would select the banks and financial institutions to rob.
9       2.   Defendants DEDMON, KELLY, HACKNEY, and their co-
10 conspirators would drive to the banks and financial institutions.
11      3.   Defendants DEDMON, KELLY, and other co-conspirators
12 would enter the banks and financial institutions, carry and
13 brandish handguns, and demand money from the employees.
14      4.   Defendants DEDMON, KELLY, and other co-conspirators
15 would take money from the employees, leave the banks and
16 financial institutions in get-away cars, abandon the get-away
17 cars near the banks and financial institutions, and use
18 additional get-away cars to leave the area.
19      5.   Defendant HACKNEY and other co-conspirators would drive
20 defendants DEDMON, KELLY, and other co-conspirators away from the
21 abandoned get-away cars in additional get-away cars in order to
22 avoid detection by law enforcement.
23 C.   **OVERT ACTS**
24      In furtherance of the conspiracy and to accomplish the
25 object of the conspiracy, defendants MARQUISE TRAVON DEDMON,
26 DONALD FREDRICK KELLY, MICHAEL BRYAN HACKNEY, and others known
27 and unknown to the Grand Jury, committed various overt acts
28 within the Central District of California, including, but not

limited to, the following:

<u>Bank of America - Palmdale, California</u>

1. On or about October 26, 2006, defendants DEDMON, KELLY, and their co-conspirators drove to Bank of America, 4644 E. Avenue S, Palmdale, California ("Bank of America-Palmdale").

2. On or about October 26, 2006, defendant KELLY and another co-conspirator entered Bank of America-Palmdale and demanded money from the employees.

3. On or about October 26, 2006, defendant KELLY and the other co-conspirator brandished a handgun during the robbery of Bank of America-Palmdale.

4. On or about October 26, 2006, defendant KELLY and the other co-conspirator took money from Bank of America-Palmdale.

5. On or about October 26, 2006, defendant KELLY and the other co-conspirator left Bank of America-Palmdale with approximately $4,122.

6. On or about October 26, 2006, defendant KELLY and the other co-conspirator drove away from Bank of America-Palmdale in a get-away car and abandoned the get-away car near Bank of America-Palmdale.

7. On or about October 26, 2006, defendant DEDMON drove defendant KELLY, and the other co-conspirator away from the abandoned get-away car in an additional get-away car.

<u>Bank of America - Saugus, California</u>

8. On or about March 28, 2007, defendants DEDMON, KELLY, HACKNEY and their co-conspirators drove to Bank of America, 26811 N. Bouquet Canyon Road, Saugus, California ("Bank of America-Saugus").

9. On or about March 28, 2007, defendants DEDMON, KELLY, and a third co-conspirator entered Bank of America-Saugus and demanded money from the employees.

10. On or about March 28, 2007, defendants DEDMON, KELLY, and the third co-conspirator brandished a handgun during the robbery of Bank of America-Saugus.

11. On or about March 28, 2007, defendants DEDMON, KELLY, and the third co-conspirator took money from Bank of America-Saugus.

12. On or about March 28, 2007, defendants DEDMON, KELLY, and the third co-conspirator left Bank of America-Saugus with approximately $41,199.

13. On or about March 28, 2007, defendants DEDMON, KELLY, and the third co-conspirator drove away from Bank of America-Saugus in a stolen Toyota and abandoned the Toyota near Bank of America-Saugus.

14. On or about March 28, 2007, defendant HACKNEY drove defendants DEDMON, KELLY, and the third co-conspirator away from the abandoned Toyota in an additional get-away car, an Acura.

COUNT TWO

[18 U.S.C. §§ 2113(a), (d)]

On or about October 26, 2006, in Los Angeles County, within the Central District of California, defendants MARQUISE TRAVON DEDMON, DONALD FREDRICK KELLY, and others known and unknown to the Grand Jury, by force and violence, and by intimidation, knowingly took from the person or presence of another approximately $4,122 belonging to and in the care, custody, control, management, and possession of Bank of America, 4644 E. Avenue S, Palmdale, California, a bank and financial institution the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In committing said offense, defendants MARQUISE TRAVON DEDMON, DONALD FREDRICK KELLY, and others known and unknown to the Grand Jury, assaulted and put in jeopardy the lives of M.P., S.M., and others by using a handgun, a dangerous weapon and device.

COUNT THREE

[18 U.S.C. § 924(c)]

On or about October 26, 2006, in Los Angeles County, within the Central District of California, defendants MARQUISE TRAVON DEDMON, DONALD FREDRICK KELLY, and others known and unknown to the Grand Jury, knowingly used and carried a firearm, namely, a handgun, during and in relation to a crime of violence, namely, the October 26, 2006 robbery of Bank of America, 4644 E. Avenue S, Palmdale, California, in violation of Title 18, United States Code Sections 2113(a) and (d), as charged in Count Two of this Indictment, and, in so doing, brandished that firearm.

COUNT FOUR

[18 U.S.C. §§ 2113(a), (d)]

On or about March 28, 2007, in Los Angeles County, within the Central District of California, defendants MICHAEL BRYAN HACKNEY, MARQUISE TRAVON DEDMON, DONALD FREDRICK KELLY, and others known and unknown to the Grand Jury, by force and violence, and by intimidation, knowingly took from the person or presence of another approximately $41,199 belonging to and in the care, custody, control, management, and possession of Bank of America, 26811 N. Bouquet Canyon Road, Saugus, California, a bank and financial institution the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In committing said offense, defendants MICHAEL BRYAN HACKNEY, MARQUISE TRAVON DEDMON, DONALD FREDRICK KELLY, and others known and unknown to the Grand Jury, assaulted and put in jeopardy the lives of L.A.B., S.F.C., and others by using a handgun, a dangerous weapon and device.

COUNT FIVE

[18 U.S.C. § 924(c)]

On or about March 28, 2007, in Los Angeles County, within the Central District of California, defendants MICHAEL BRYAN HACKNEY, MARQUISE TRAVON DEDMON, DONALD FREDRICK KELLY, and others known and unknown to the Grand Jury, knowingly used and carried a firearm, namely, a handgun, during and in relation to a crime of violence, namely, the March 28, 2007 robbery of Bank of America, 26811 N. Bouquet Canyon Road, Saugus, California, in violation of Title 18, United States Code Sections 2113(a) and (d), as charged in Count Four of this Indictment, and, in so doing, brandished that firearm.

A TRUE BILL

/S/
_____
Foreperson

GEORGE S. CARDONA
Acting United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

APRIL A. CHRISTINE
Assistant United States Attorney
Organized Crime & Terrorism Section