Alan Rubin
ADELSON & RUBIN
11755 Wilshire Boulevard
15th Floor
Los Angeles, California 90064
(310) 473-6447
Bar No. 103856

Attorneys for Defendant
MARQUISE DEDMON

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-404-GPS |
| Plaintiff, | EX PARTE APPLICATION FOR AN ORDER RELIEVING ALAN RUBIN AS COUNSEL AND APPOINTING NEW COUNSEL; DECLARATION OF ALAN RUBIN |
| v. | |
| MARQUISE DEDMON, | |
| Defendant. | |

Defendant's current counsel, Alan Rubin, hereby applies to the court for an order permitting him to withdraw as counsel and ordering him relieved. He further applies for an order appointing new counsel for the defendant. The attached Declaration of Alan Rubin and the files and records of this case support this application.

DATED: April 24, 2008

Respectfully submitted,

ADELSON & RUBIN, P.C.

By: _____/s/_____
Alan Rubin
Attorney for Defendant
MARQUISE DEDMON

1

## DECLARATION OF ALAN RUBIN

I, Alan Rubin, do hereby declare and say:

1. I am the currently the attorney of record for defendant MARQUISE DEDMON in <u>United States of America v. MARQUISE DEDMON</u>, CR 07-404-GPS.

2. If called as a witness I could, and would, competently testify as follows:

3. I file this ex parte application for an order relieving me as counsel and appointing new counsel under the Criminal Justice Act for the reasons set forth below.

4. On January 14, 2008 I was appointed to represent defendant MARQUISE DEDMON under the Criminal Justice Act.

5. On April 17, 2008 the Los Angeles Superior Court advised me that I had been elected a Commissioner of the Los Angeles Superior Court.

6. As a result, I will be assuming my duties as a Commissioner shortly and will be closing my law practice effective April 30, 2008.  As a Commissioner, I am legally prohibited from representing any clients, including the defendant in this case.

7. Therefore, I ask the court to relieve me as counsel of record and appoint new counsel for this defendant.

8. Pursuant to the Local Rules, I called AUSA April Christine to advise her of this application.  She was not in his office when I called and she has not returned my message at the time of this Declaration.  However, I know from prior instances of asking to be relieved in other matters for other reasons, it is generally Government policy on such applications or motions is to remain neutral and leave the matter to the Court's discretion.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed April 24, 2008 at Los Angeles, California.

                                /s/
                        ALAN RUBIN