Name: Paul Horgan, State Bar No.: 48028
Address: 800 Wilshire Boulevard, Suite 1510
City, State, Zip: Los Angeles, California 90017
Phone: (213) 622-2717
Fax: (213) 622-0445
E-Mail: phorgan@sbcglobal.net

☐ FPD   ☐ Appointed   ☒ CJA   ☐ Pro Per   ☐ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 07-CR-404-RHW |
| v. | |
| MARQUISE T. DEDMON | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____Marquise T. Dedmon_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☒ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☒ Sentence imposed:
   384 months.

☒ Bail status:
   Defendant in custody.

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on __09/22/2011__. Entered on the docket in this action on _____.

A copy of said judgment or order is attached hereto.

October 3, 2011                                       /s/ Paul H.
Date                                                  Signature
                                                      ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).