UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARQUISE TRIVON DEDMON,<br><br>Defendant. | NOS.  CR-07-404-RHW<br>         CR-07-725-RHW<br><br>**ORDER RE: EX PARTE APPLICATION TO UNSEAL DOCUMENTS** |

Before the Court is Defendant's appointed appellate counsel, Gary P. Burcham's ex parte Application to Unseal Documents, ECF No. 98. Counsel asks the Court to unseal certain documents so that he can review them prior to preparing the opening brief in the direct appeal of the judgment in this case. The Government does not have an objection to providing the documents to Mr. Burcham, but cannot take a definitive position since it is unclear the nature of the sealed documents. Rather than unseal the documents, the Court grants permission for Mr. Burcham to receive copies of the requested documents from the Clerk's Office.

Accordingly, **IT IS HEREBY ORDERED:**

1.   Defendant's ex parte Application to Unseal Documents, ECF No. 98 is **GRANTED**, in part.

2.   The Clerk's Office is permitted to provide copies of the following docket numbers to Gary P. Burcham:

ECF Nos. 19-22, 30-34, 37-41, 46, 51, 53-56, 57-60, 62, 63-69, 75-78.

**ORDER RE: EX PARTE APPLICATION
TO UNSEAL DOCUMENTS**   ~ 1

3.   Mr. Burcham is directed to contact the Records Department to make arrangements to obtain the documents. If Mr. Burcham has any questions, he should direct them to Cynthia Salyer at (213) 894-5461.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel and Gary Burcham.

**DATED** this 22nd day of October, 2012.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

C:\Temp\notesD30550\seal.wpd

**ORDER RE: EX PARTE APPLICATION
TO UNSEAL DOCUMENTS** ~ 2