UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE TRAVON DEDMON, | Civil Nos. 17-CV-676-RHW |
| Petitioner, | 17-CV-677-RHW |
| v. | Crim. Nos. 07-CR-404-RHW  x |
| UNITED STATES OF AMERICA, | 07-CR-725-RHW |
| Respondent. | **ORDER DIRECTING GOVERNMENT TO RESPOND** |

Before the Court is Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 18 U.S.C. § 2255. **ECF No. 324 (07-CR-404-RHW) and ECF No. 126 (07-CR-725-RHW)**.[1] The Court has completed its preliminary review of the Motion and determined that the government shall file a response.

When a motion under § 2255 is filed, the government is not required to respond to the motion unless ordered by the court. RULES GOVERNING SECTION 2255 PROCEEDINGS R. 5(a). Instead, the court serves as gatekeeper and conducts preliminary review of the motion to determine whether it should be summarily dismissed. *See* RULES GOVERNING SECTION 2255 PROCEEDINGS R. 4. The court may dismiss a § 2255 motion "[i]f it plainly appears from the motion, any attached exhibits, and the record of prior proceedings that the moving party is not entitled to relief." RULES GOVERNING SECTION 2255 PROCEEDINGS R. 4(b). If the court does not dismiss the motion, the court must order the government "to file an answer,

---

[1] Petitioner filed identical § 2255 motions in both of his criminal cases, 07-CR-404-RHW and 07-CR-725-RHW.

**ORDER DIRECTING GOVERNMENT TO RESPOND ~ 1**

motion, or other response within a fixed time, or to take other action the judge may order." *Id.* Because it is not plainly evident that Petitioner is not entitled to relief, the court directs the government to respond to Petitioner's Motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government shall file a response to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255, **ECF No. 324 (07-CR-404-RHW) and ECF No. 126 (07-CR-725-RHW)**, by **March 3, 2017.**

2. Petitioner shall have **30 days** after service of the Government's response to file his reply, if any.

3. Petitioner's Motion to Vacate, **ECF No. 324 (07-CR-404-RHW) and ECF No. 126 (07-CR-725-RHW)** is set without oral argument on **April 28, 2017**. If the parties request oral argument, they shall contact Chambers to schedule a hearing date and time.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to the United States Attorneys' Office and counsel for Petitioner.

**DATED** this 31st day of January, 2017.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge